IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


COREY A. MCDOWELL BEY,

    Plaintiff,

vs.                              Case No. 4:11cv22-RH/CAS

OFFICER BLAIR,
and NURSE B. HENNING,

    Defendants.

_____/


## ORDER and SECOND REPORT AND RECOMMENDATION

On May 29, 2012, a report and recommendation was entered, doc. 49, which recommended granting the motion to dismiss filed by Defendants Blair and Henning, doc. 46.  It was concluded that Plaintiff failed to exhaust administrative remedies and, thus, the case must be dismissed pursuant to 42 U.S.C. § 1997(e).

Nearly two weeks after the report and recommendation was entered, Plaintiff filed a "Motion for Records and Time Enlargement."  Doc. 50.  The motion should be denied in part.  Plaintiff does not need copies of records because by Plaintiff's own admission, doc. 48, he did not exhaust his claims against the Defendants.  Plaintiff does not need copies of the twelve other grievance appeals because those are

unrelated to the claims in this case.  *See* doc. 46, at 6; *see also* Ex. B (doc. 46-3); doc. 50, at 2.

Plaintiff will, however, be provided an extension of time to file objections to the report and recommendation.  Plaintiff's objections are due by **June 22, 2012**.

Finally, Plaintiff has attempted to submit a fourth amended complaint.  Plaintiff did not request leave to do so, and the fourth amended complaint cannot be accepted.  Moreover, because a recommendation is pending to dismiss the third amended complaint, leave to submit a fourth amended complaint should be denied as futile.

Accordingly, it is

**ORDERED:**

1.  Plaintiff's Motion for Records and Time Enlargement, doc. 50, is **GRANTED in part and DENIED in part**.

2.  Plaintiff shall have until **June 22, 2012**, to submit objections to the pending report and recommendation, doc. 49.  Plaintiff's request for records is **DENIED**.

**DONE AND ORDERED** on June 5, 2012.

          S/   Charles A. Stampelos
          **CHARLES A. STAMPELOS**
          **UNITED STATES MAGISTRATE JUDGE**

**RECOMMENDATION**

In light of the foregoing, it is respectfully **RECOMMENDED** that Plaintiff's fourth amended complaint, doc. 51, be **DENIED** because Plaintiff did not exhaust administrative remedies pursuant to 42 U.S.C. § 1997(e), nor did Plaintiff seek leave to

file a fourth amended complaint, and leave to file another amended complaint should not be granted because the complaint is futile under 42 U.S.C. § 1997(e).

**IN CHAMBERS** at Tallahassee, Florida, on June 5, 2012.

   S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**